AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10/03/06 |
| NAME OF SERVER (PRINT) WENDY-MANN-Ford | TITLE |

RECEIVED 2006 OCT -5 A 9:23

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Deborah / Human Resources

425 Moulton Street Montgomery Alabama

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/03/06
           Date

Signature of Server: Wendy Mann-Ford

Address of Server: PO Box 780862 Tallassee, AL 36078

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_Middle District_ District of _Alabama_

Judy F Mann

v.

The Montgomery Advertiser

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV888-MHT

TO: (Name and address of Defendant)

The Montgomery Advertiser Scott Brown
425 Moulton Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Judy F. Mann Pro Se
278 South Wesson Street
Tallassee Alabama 36078

an answer to the complaint which is served on you with this summons, within __30__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    Oct. 3, 2006
CLERK                                                DATE

(By) DEPUTY CLERK