IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 NOV 21  P 1: 52
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| JUDY F. MANN | * |
| Plaintiff, | * |
| vs. | *  CASE NO.: 2:06-cv-888-MHT |
| MONTGOMERY ADVERTISER | * |
| Defendant. | * |

### RESPONSE TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT

Comes now the Plaintiff, Judy F. Mann, and responds to the Defendant's Motion to Dismiss, or In the Alternative, Motion For a More Definite Statement, as follows:

1. Plaintiff Judy F. Mann is not an attorney and did the best she could in filing the complaint against the Defendant.

2. Plaintiff Judy F. Mann is in agreement that a more definite statement of her claims needs to be filed. Presently, she is making the necessary arrangements to secure an attorney and should have that process completed within thirty (30) days.

3. Plaintiff Mann is alleging that she was transferred and retaliated against because she reported criminal behavior concerning advertising.

4. Plaintiff Mann is also alleging she was treated different based upon her sex and therefore denied equal treatment under the law.

Plaintiff Mann prays this Honorable Court will not dismiss this case, but allow her

sufficient time to hire an attorney and file a more definite statement of her claim.

Respectfully submitted this the 21st day of November, 2006.

_____
JUDY F. MANN
Plaintiff
Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing via US Mail upon the following counsel of record on this the 21st day of November, 2006:

Bethany L. Bolger
Rushton, Stakely, Johnson & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101-0270

_____
JUDY F. MANN   Pro Se