IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JUDY F. MANN, *Plaintiff*, | ) ) ) | |
| v. | ) ) | 2:06-CV-00888-MHT-DRB [wo] |
| MONTGOMERY ADVERTISER, *Defendant.* | ) ) ) | |

## ORDER ON MOTION

By Order filed November 1, 2006 (Doc. 6) the court granted *Defendant's Motion for a More Definite Statement* (Doc. 5) and directed the *pro se* Plaintiff to file an amended complaint not later than November 22, 2006. In lieu of complying with the *Order*, Plaintiff filed on November 21 a pleading styled *Response to Defendant's Motion to Dismiss or, in the Alternative, Motion for a More Definite Statement* (Doc. 7); the pleading acknowledges the deficiencies of her complaint, represents her ongoing effort to secure an attorney, and requests an opportunity to complete that process within thirty days. For good cause, it is

**ORDERED** that *Plaintiff's Response* **is hereby construed** as a *Motion to Extend Deadline for Amended Complaint*, and so construed, the **Motion is GRANTED to the extent that the deadline is EXTENDED to and including December 29, 2006**. Plaintiff is REMINDED that her status as a non-lawyer, *pro se* litigant does not relieve her from the obligation of complying with the court's orders. If no amended complaint is timely filed, Plaintiff reasonably should expect the original complaint to be dismissed for the deficiencies stated in the previous Order.

Done this 27th day of November, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE