IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 DEC 22 P 3: 29
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| JUDY F. MANN | * |
| Plaintiff, | * |
| vs. | * CASE NO.: 2:06-cv-888-MHT |
| MONTGOMERY ADVERTISER | * |
| Defendant. | * |

## NOTICE OF APPEARANCE

Comes now Jim L. DeBardelaben, and gives his Notice of Appearance for the Plaintiff, Judy F. Mann.

Respectfully submitted this the 22nd day of December, 2006.

JIM L. DEBARDELABEN (DEB003)
Attorney for Plaintiff

OF COUNSEL:
Jim L. DeBardleaben
Post Office Box 152
Montgomery, Alabama 361010-0152
(334) 265-9206

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing via US Mail upon the following counsel of record on this the 22nd day of December, 2006:

Bethany L. Bolger
Rushton, Stakely, Johnson & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101-0270

/OF COUNSEL