IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JUDY F. MANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv888-MHT |
| ) | |
| GANNETT CO., INC., a ) | |
| Delaware corporation, d/b/a ) | |
| THE ADVERTISER COMPANY, and ) | |
| THE MONTGOMERY ADVERTISER, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Counsel having appeared for plaintiff, it is ORDERED that the referral order (doc. no. 3) is vacated.

DONE, this the 4th day of January, 2007.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE