AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

JUDY F. MANN

**SUMMONS IN A CIVIL ACTION**

V.

GANNETT CO., INC., A Delaware Corporation, d/b/a THE ADVERTISER COMPANY and THE MONTGOMERY ADVERTISER

CASE NUMBER: 2:06-cv-888-MHT

TO: (Name and address of Defendant)

*Gannett Co., Inc.*
CT Corporation Systems as Agent for Gannett Co., Inc.
4701 Cox Road, Suite 301
Glen Allen, Virginia 23060-6802

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jim L. DeBardelaben
Attorney At Law
Post Office Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 1/4/07