IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JUDY F. MANN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:06-CV-888-MHT |
| | ) |
| **GANNETT CO., INC.** a Delaware | ) |
| Corporation, d/b/a **THE** | ) |
| **ADVERTISER COMPANY, and** | ) |
| **THE MONTGOMERY** | ) |
| **ADVERTISER,** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please take notice that John W. Sheffield and Lynlee Wells Palmer of the law firm of Johnston Barton Proctor & Rose LLP, 2900 AmSouth/Harbert Plaza, 1901 Sixth Avenue North, Birmingham, Alabama 35203 hereby enter their appearance as counsel of record for defendant The Advertiser Company d/b/a The Montgomery Advertiser, improperly named in the Complaint as Gannett Co., Inc. d/b/a The Advertiser Company and The Montgomery Advertiser.

Dated this the 9th January 2007.

                                                s/John W. Sheffield
                                                John W. Sheffield (ASB-7423-D62J)

                                         s/Lynlee Wells Palmer
                                         Lynlee Wells Palmer (ASB-4367-T82P)

                                         Attorneys for The Advertiser Company
                                         d/b/a The Montgomery Advertiser

**OF COUNSEL:**

**JOHNSTON BARTON**
**PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: 205-458-9400
Facsimile: 205-458-9500

## **CERTIFICATE OF SERVICE**

 I hereby certify that on January 9, 2007, I electronically filed the foregoing Notice of Appearance via the Court's CM/ECF system, which will electronically send notice to the following counsel of record:

Bethany L. Bolger, Esq.
Ruston, Stakely, Johnson & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama  36101-0270

Jim L. DeBardelaben
Post Office Box 152
Montgomery, Alabama  36101-0152
Telephone: (334) 265-9206
Facsimile: (334) 265-9299
dgoollaw@aol.com

             s/Lynlee Wells Palmer
             Of Counsel