IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JUDY F. MANN, | |
|     PLAINTIFF, | |
| vs. | CASE NO. 2:06-CV-888-MHT |
| GANNETT CO., INC., a Delaware Corporation, d/b/a THE ADVERTISER COMPANY, and THE MONTGOMERY ADVERTISER, | |
|     DEFENDANTS. | |

## MOTION TO WITHDRAW

Comes now the undersigned and moves this Honorable Court to allow her to withdraw as counsel for Defendant *The Montgomery Advertiser* on the grounds that John W. Sheffield and Lynlee Wells Palmer have entered their appearance on behalf of *The Montgomery Advertiser*.

                                        */s/ Bethany L. Bolger*
                                        Bethany L. Bolger (BOL035)
                                        Attorney for Defendant,
                                        *The Montgomery Advertiser*

Of counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama 36101-0270
(334) 206-3194 (phone)
(334) 481-0821 (fax)
bbolger@rsjg.com

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have electronically filed and served through CM/ECF a copy of the foregoing document upon the following counsel of record on this the 9th day of January, 2007:

Jim L. DeBardelaben, Esq.
P.O. Box 152
Montgomery, Alabama  36101-0152

John W. Sheffield
Lynlee Wells Palmer
Johnston, Barton, Proctor & Powell, LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama  35203

                */s/ Bethany L. Bolger*_____
                Of counsel