IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JUDY F. MANN, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:06cv888-MHT |
| ) | |
| GANNETT CO., INC., a ) | |
| Delaware corporation, d/b/a ) | |
| THE ADVERTISER COMPANY, and ) | |
| THE MONTGOMERY ADVERTISER, ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that the motion to withdraw (doc. no. 17) is granted.

DONE, this the 11th day of January, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**