## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **JUDY F. MANN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:06-CV-888-MHT |
| | ) |
| **GANNETT CO., INC. a Delaware** | ) |
| **Corporation, d/b/a THE** | ) |
| **ADVERTISER COMPANY, and** | ) |
| **THE MONTGOMERY** | ) |
| **ADVERTISER,** | ) |
| | ) |
| **Defendants.** | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant The Advertiser Company, d/b/a The Montgomery Advertiser ("The Advertiser Company"), improperly named in the Complaint as Gannett Co., Inc., d/b/a The Advertiser Company, and The Montgomery Advertiser, files the following corporate disclosure statement:

1. The Advertiser Company is wholly owned by Multimedia Inc. Multimedia Inc. is wholly owned by Gannett Co., Inc.

2. No publicly held corporation holds 10% or more of the stock of The Advertiser Company, Multimedia Inc. or Gannet Co, Inc.

2

s/John W. Sheffield
John W. Sheffield (ASB-7423-D62J)

s/Lynlee Wells Palmer
Lynlee Wells Palmer (ASB-4367-T82P)

Attorneys for The Advertiser Company
d/b/a The Montgomery Advertiser

**OF COUNSEL:**

**JOHNSTON BARTON**
**PROCTOR & ROSE LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: 205-458-9400
Facsimile: 205-458-9500

## CERTIFICATE OF SERVICE

      I hereby certify that on January 16, 2007, I electronically filed the foregoing Corporate Disclosure Statement via the Court's CM/ECF system, which will electronically send notice to the following counsel of record:

Jim L. DeBardelaben
Post Office Box 152
Montgomery, Alabama  36101-0152
Telephone: (334) 265-9206
Facsimile: (334) 265-9299
dgoollaw@aol.com

                                              s/Lynlee Wells Palmer
                                              Of Counsel