IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JUDY F. MANN, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>GANNETT CO., INC., a )<br>Delaware corporation, d/b/a )<br>THE ADVERTISER COMPANY, and )<br>THE MONTGOMERY ADVERTISER, )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:06cv888-MHT |

ORDER

It is ORDERED that the motion to dismiss (doc. no. 21) is set for submission, without oral argument, on January 24, 2007 with all briefs due by said date.

DONE, this the 17th day of January, 2007.

                            /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE