| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. Print your name and address on the reverse so that we can return the card to you. Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) Melvin X II   B. Date of Delivery<br>C. Signature  X [signature]  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| Article Addressed to:<br>C.T. Corporation System<br>4701 Cox Road<br>STE 301<br>Glen Allen, VA 23060-6802 | [postmark: JAN 18 2007 GLEN ALLEN]<br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label) | 7004 1160 0003 5798 1000 |

PS Form 3811, July 1999    Domestic Return Receipt