IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 JAN 24  P 2: 35

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| **JUDY F. MANN** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| vs. | * | CASE NO.: 2:06-cv-888-MHT |
| | * | |
| **MONTGOMERY ADVERTISER** | * | |
| | * | |
| **Defendant.** | * | |

## RESPONSE TO MOTION TO DISMISS BY DEFENDANT THE ADVERTISER COMPANY, D/B/A THE MONTGOMERY ADVERTISER

The Plaintiff filed the original Complaint, Pro Se on October 3, 2006. The amended Complaint was filed December 22, 2006. Count I raised the issue of Harassment-Hostile Work Environment and Count II raised a Denial of Equal Protection claim in connection with retaliation for whistle-blowing.

Defendant Advertiser avers that a federal cause of action has not been raised. Plaintiff alleges and avers that she reported what she in good faith believed to be crimes to the attorney for Defendant Advertiser, and pursuant to the attorney's advice, reported the alleged crimes or wrong doing to the Publisher of the Defendant Advertiser. After reporting what she believed to be crimes, Plaintiff Mann alleges she was retaliated against. Specifically Plaintiff alleged she was threatened and harassed by the Publisher of Defendant Advertiser by e-mail dated October 25, 2005 to stop her from reporting the action to the proper authorities.

Section 18 U.S.C. § 1512 (3)(b)(3) states:

"(b) Whenever knowingly uses intimidation, threatens, or corruptly

>persuades another person, or attempt to do so, or engages in misleading conduct toward another person, with intent to...
>(3) hinder, delay, or prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a federal offense or a violation of conditions of probation supervised release...
>...shall be fined under this title or imprisoned not more that ten years or both..."

It is further stated in 18 U.S.C. § 1512(f) that:

>"(f) For the purpose of this section-
>
>(1) an official proceeding need not be pending or about to be instituted at the time of the offense; and
>
>(2) the testimony, or the record, document, or other object need not be admissible in evidence or free of a claim of privilege."

The whistle-blower provisions of the <u>Sarbames Oxley Act</u>, 18 U.S.C. § 1514 (a) prohibits an employer from retaliating against employees who protest or expose an employer's illegal practices. In this situation, the harassment of Plaintiff Mann began after she reported what she believed in good faith to be illegal activities of her employer.

The profile of Gannett, as shown by exhibit 1, shows in its History and Financial Section that Gannett went public in 1967 and is listed on the New York Stock Exchange. Plaintiff's Exhibit 2 shows that Plaintiff, by virtue of being an "employee" of the Defendant Advertiser, participated in Defendant Gannett Co., Inc. stock and savings plans. Also the Plaintiff's Performance Review and Appraisal also contained the Gannett logo although Montgomery Advertiser appeared on the document also. (Exhibit 3). It thus gives the appearance that Defendant Advertiser and Defendant Gannett are so intermingled that they should be considered one entity. Certainly, Plaintiff Mann has stated a federal cause of action under Sarbames Oxley.

Under the rational of <u>Palmer v. Hospital Authority of Randolp County</u>, 22F.3d 1559 (11th

Cir. 1994), since there is an original basis for jurisdiction, supplemental jurisdiction should certainly be applicable.

Defendant Advertiser is a fully owned subsidiary of Defendant Gannett, when Gannett stocks is purchased and sold on the New York Stock Exchange, it naturally involves the ownership of Defendant Advertiser.

The public trust and confidence in the financial institutions and publicly traded stocks was sought to be protected by providing whistle-blower protection in the Sarbames Oxley Act. Plaintiff is entitled to that protection for reporting what she in goo faith believed to be crimes to her supervisors.

The equal protection claim in Count II is due to be dismissed. However, that portion of Count II that related to Sarbames Oxley claims, are not due to be dismissed.

Respectfully submitted this the 24th day of January, 2007.

/s/ Jim L. DeBardelaben
JIM L. DEBARDELABEN (DEB003)
Attorney for Plaintiff

OF COUNSEL:
Jim L. DeBardleaben
Post Office Box 152
Montgomery, Alabama 361010-0152
(334) 265-9206

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing via US Mail upon the following counsel of record on this the 24th day of January, 2007:

John W,. Sheffield, Esq.
Lynlee Wells Palmer, Esq.
Johnston Barton Proctor & Rose LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203

OF COUNSEL

# EXHIBIT 1

Case 2:06-cv-00888-MHT-TFM   Document 26-2   Filed 01/24/2007   Page 1 of 3



USA TODAY Headlines: Bush: 'Additional sacrifices' in Iraq required in 2007         SEARCH

# Company Profile

Gannett Co., Inc. is a large diversified news and information company. Here is a brief rundown of its operations in the USA and abroad:

**OPERATIONS WORLDWIDE:** Gannett is a leading international company with headquarters in McLean, Va., and operations in 41 states, the District of Columbia, Guam, the United Kingdom, Canada, Belgium, Germany, Hong Kong and Singapore.

**NEWSPAPERS:** Gannett is the USA's largest newspaper group in terms of circulation. The company's 90 daily newspapers in the USA have a combined daily paid circulation of approximately 7.3 million. They include USA TODAY, the nation's largest-selling daily newspaper, with a circulation of approximately 2.3 million. USA TODAY is available in 60 countries worldwide.

In addition, Gannett owns nearly 1,000 non-daily publications and USA WEEKEND, a weekly newspaper magazine of approximately 23 million circulation delivered in over 600 Gannett and non-Gannett newspapers.

Newsquest plc, a wholly owned Gannett subsidiary, is the second largest regional newspaper publisher in the United Kingdom with a portfolio of nearly 300 titles. Its publications include 18 daily newspapers with a combined circulation of approximately 703,000. Newsquest's non-daily publications include Berrow's Worcester Journal, the oldest continuously published newspaper in the world.

**BROADCASTING:** The company owns and operates 23 television stations, which cover 18.05 percent of the USA and have a market reach of 20.1 million households.

**ON THE INTERNET:** Gannett has more than 130 web sites in the United States including USATODAY.com, one of the top newspaper sites on the Internet. Newsquest's award-winning Web network has more than 80 sites in the United Kingdom. In April 2006, Gannett's Total Online Internet Audience averaged more than 23 million unique visitors per month, according to Nielsen//NetRatings.

**OTHER VENTURES:** Other company operations include: Gannett News Service; Clipper, a direct-mail advertising magazine company; Captivate, a network that delivers programming and advertising to television screens in elevators in premier office towers in North America; PointRoll, an Internet advertising technology firm; Gannett Retail Advertising Group; Gannett New Business and Product Development; Gannett Direct Marketing Services; Gannett Offset, a commercial printing operation; Gannett Media Technologies International; Telematch, a database marketing company; Planet Discover, a local integrated web search and advertising technology; 4INFO, a mobile phone search service; Topix.net, a news aggregator; ShopLocal, a provider of online marketing solutions for local, regional and national advertisers; and CareerBuilder, an online job searching service.

**HISTORY AND FINANCIAL:** Founded by Frank E. Gannett and associates in 1906, Gannett was incorporated in 1923, went public in 1967 and listed on the New York Stock Exchange in 1969. The company has approximately 52,600 employees. Its more than 238 million shares of common stock are held by approximately 10,500 shareholders of

http://www.gannett.com/about/company_profile.htm

PLAINTIFF'S EXHIBIT 1

record in all 50 states and abroad.

Gannett recorded $7.6 billion in operating revenue in 2005.

HOME    © 2006 GANNETT CO., INC. ALL



# Gannett Co., Inc.

## Participant Statement

000014928   123
JUDY F. MANN
7072 PEPPERTREE LANE
MONTGOMERY AL 36117

Social Security Number   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

### Personal Information

| | |
|---|---:|
| Vested Percent | 100% |
| Vested Balance | $13,674.17 |

### Employee Contribution Rates

| | |
|---|---:|
| Before-Tax Rate | 15% |

### Calendar YTD Contributions

| | |
|---|---:|
| Before-Tax | $4,552.24 |
| Company Match | $910.40 |

### Stock Information as of 12-31-2001

| | |
|---|---:|
| Gannett Stock | |
| Equivalent Shares | 151.774654 |
| Stock Price | $67.230000 |
| Company Match | |
| Equivalent Shares | 51.619217 |
| Stock Price | $67.230000 |

### Summary of Balances for the Gannett 401(k) Savings Plan as of 12-31-2001

| | Value | Quarterly Return | | Value | Quarterly Return |
|---|---:|---:|---|---:|---:|
| Gannett Stock | $10,203.81 | 12.23% | Company Match | $3,470.36 | 12.23% |
| Growth | $0.00 | 1.84% | International | $0.00 | 2.71% |
| Aggressive Growth | $0.00 | 13.10% | Diversified | $0.00 | 17.25% |
| Growth and Income | $0.00 | 6.50% | S&P 500 Index | $0.00 | 10.67% |
| Balanced | $0.00 | 8.27% | Bond | $0.00 | 0.70% |
| Fixed Income | $0.00 | 0.21% | Money Market | $0.00 | 0.60% |
| | **Total All Balances** | | | **$13,674.17** | |



SCANNED
KH 1/24/07

PLAINTIFF'S EXHIBIT 2

# Montgomery Advertiser

## Performance Review and Appraisal
### EXEMPT

Name: Judy Mann

Title: Outside Sales Representative

Dept: Classified

Date of Employment: 7/27/97

Date of Review: October 12, 2004


GANNETT

Date of 1st Meeting with Scott Oct 12, 2004

PLAINTIFF'S EXHIBIT
3