IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUDY F. MANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:06-CV-888-MHT |
| ) | |
| GANNETT CO., INC. a Delaware ) | |
| Corporation, d/b/a THE ) | |
| ADVERTISER COMPANY, and ) | |
| THE MONTGOMERY ) | |
| ADVERTISER, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT GANNETT CO., INC.'S
## MOTION TO DISMISS AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6), defendant Gannett Co., Inc. ("Gannett"), improperly named in the Complaint as Gannett Co., Inc. d/b/a The Advertiser Company and The Montgomery Advertiser moves to dismiss the plaintiff's Complaint in its entirety. In support thereof, Gannett states as follows:

1. The plaintiff filed an Amended Complaint on December 22, 2006, adding Gannett as a defendant.

2. Gannett was served with the Amended Complaint on January 17, 2007.

3. The plaintiff's Amended Complaint (a) fails to state a claim on which relief may be granted, and (b) fails for lack of jurisdiction.

4. Further, Gannett did not employ the plaintiff and, thus, the plaintiff's allegations are improperly asserted against Gannett.

In further support of this motion, Gannett files contemporaneously herewith a Brief in Support of its Motion to Dismiss the Amended Complaint.

WHEREFORE, defendant Gannett Company, Inc., improperly named in the Amended Complaint as Gannett Company, Inc. d/b/a The Advertiser Company and The Montgomery Advertiser, moves this Court to dismiss the plaintiff's Amended Complaint for lack of jurisdiction and/or failure to state a claim on which relief may be granted.

s/Lynlee Wells Palmer
Lynlee Wells Palmer (ASB-4367-T82P)
Attorney for Gannett Company, Inc.

**OF COUNSEL:**

**JOHNSTON BARTON
PROCTOR & ROSE LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: 205-458-9400
Facsimile: 205-458-9500

## CERTIFICATE OF SERVICE

      I hereby certify that on February 5, 2007, I electronically filed the foregoing Motion to Dismiss via the Court's CM/ECF system, which will electronically send notice to the following counsel of record:

Jim L. DeBardelaben
Post Office Box 152
Montgomery, Alabama  36101-0152
Telephone: (334) 265-9206
Facsimile: (334) 265-9299
dgoollaw@aol.com


                                        s/Lynlee Wells Palmer
                                        Of Counsel