IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JUDY F. MANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv888-MHT |
| ) | |
| GANNETT CO., INC., a ) | |
| Delaware corporation, d/b/a ) | |
| THE ADVERTISER COMPANY, and ) | |
| THE MONTGOMERY ADVERTISER, ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED that the motion to dismiss (doc. no. 27) is set for submission, without oral argument, on February 21, 2007, with all briefs due by said date.

DONE, this the 7th day of February, 2007.

                                           /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE