IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT
OF ALABAMA, NORTHERN DIVISION

RECEIVED

2007 FEB 21  P 12: 43

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JUDY F. MANN,                                )
                                             )
        PLAINTIFF,                           )
                                             )
                                             )     CASE NO: 2:06cv888-MHT
                                             )
        v.                                   )
                                             )
GANNETT CO., INC., ET AL.                    )
                                             )
        DEFENDANTS.                          )


**RESPONSE TO DEFENDANT GANNETT CO., INC.'S MOTION TO DISMISS**

        Plaintiff adopts by reference the Response to the Motion To Dismiss by Defendant The

Advertiser Company.

        Defendant Gannett Co., Inc. alleges that the Plaintiff was not employed by Gannett.

However, the Montgomery Advertiser Employee Handbook offers other information. (See

Exhibit 1 pages 9-12). Employee Handbook clearly shows a close connection between the

employee (Plaintiff) and Defendant Gannett.  In fact Gannett Match Program will match

employee's contribution dollar for dollar from $50.00 to $10,000.00 contribution to non-profit

organization.  Gannett claims to have operations  in 44 states.  In the Benefit section of the

Employee Handbook (Exhibit1 pg. 37-51) Defendant Gannett provides a personalized Total

Compensation Report to each employee.  The employee's 401(K) saving plan is through

Defendant Gannett, as well as the Gannett Savings Plan, medical coverage and other programs.

In fact Gannett offers a Stock Purchase Plan for Gannett stock, not stock in the Montgomery

Advertiser, plus mortgage financing.   The word company is apparently interchangeable in the Employee Handbook between the Montgomery Advertiser and Gannett, with no distinction.

In October 2004 Plaintiff contacted Gannett Company, Inc. Headquarters and informed the personnel division of the situation at her work.  However, nothing was done to help the Plaintiff.  It appears that Defendant Gannett wants to claim it did not employee the Plaintiff when it is in its best interest.  However, Gannett provides numerous benefits for the Plaintiff as an employee.  Thus, if the Plaintiff was not employed by Gannett, how does Gannett provide employee benefits?  In actuality, Defendant, The Advertiser Company, is just a division of Defendant Gannett and is completely and totally governed by Gannett policies, down to employee evaluation forms.  No question that Gannett is not a corporate resident citizen of Alabama and that a diversity of citizenship exist, thus this court has jurisdiction of this cause.

The other issue raised by Defendant Gannett would be best addressed of after discovery and on summary judgment.  At this time Gannett Co., Inc.'s Motion is due to be denied.

Respectfully submitted this the 21st day of February, 2007.


JIM L. DEBARDELABEN (DEB003)
Attorney for Plaintiff Mann

OF COUNSEL:
Jim L. DeBardelaben
Attorney At Law
Post Office Box 152
Montgomery, Alabama 36101-0152
(334) 265-9206

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing via US Mail upon the following counsel of record on this the 21st day of February, 2007.

John W. Sheffield, Esq.
Lynlee Wells Palmer, Esq.
Johnston Barton Proctor & Rose LLP
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203

OF COUNSEL

Accounting/Files  MANN, JUDY FAYE



# Montgomery Advertiser

A COMMUNITY PARTNER, A FORUM FOR DIVERSE
OPINIONS, A FORCE FOR POSITIVE CHANGE,
AND A WATCHDOG FOR THE PUBLIC INTEREST.

# EMPLOYEE HANDBOOK

PLAINTIFF'S
EXHIBIT

1

AUGUST 1999

# Who
# We
# Are

## UNIT HISTORY

Our history goes back as far as the presidency of Andrew Jackson. The newspaper began publication in 1829 and was called The Planter's Gazette. It became the Montgomery Advertiser in 1833 and emerged as the leading newspaper of the new Confederate states by 1861.

After the Civil War, Major William Wallace Screws, a Confederate veteran, became the editor and began to lead the publication toward editorial prominence in Alabama. By the turn of the century, the Advertiser was a major voice in the state.

In 1903, R.F. Hudson, a young Alabama newspaperman, joined the staff of the Advertiser and began moving up through the ranks of the Company. He helped to lead the paper toward financial success, and by 1924 he owned 10% of the stock in the Company. In 1935, he bought it outright and five years later he bought The Alabama Journal, a competitor that had been in publication in Montgomery since 1889. In 1940 the paper moved to the present Washington Avenue address. In 1963, the newspapers were purchased by Carmage Walls as the largest property in his growing list of Southern newspapers. It was under Walls' tenure that the quality of the newspaper began to improve under newspaper-group ownership. Following the sale of papers to Multimedia, in 1968, this diversified communications Company continued to upgrade the quality of the newspaper by adding skilled personnel and modern publishing equipment.

Together, the Advertiser and Journal have garnered more Pulitzer Prizes than have all other newspapers in Alabama combined and more than all but 25 newspapers in the nation today. The first came in 1928 after the Advertiser waged war on the resurgent Ku Klux Klan. Grover C. Hall Sr., who had worked for the Advertiser since 1910, gained national recognition for himself and the daily paper with his editorials against the group. Harold Martin, editor and publisher, won the Pulitzer in 1970 with a series that ran in both papers on drug experimentation in state prisons. And in 1988, The Journal, under the leadership of publisher Dick Amberg and editors Bill Brown and Jim Tharpe, won the coveted award for its series on infant mortality in Alabama. In fact, the Advertiser/Journal won more top awards in 1988 than any other newspaper in the United States.

On April 19, 1993, history was made again as Montgomery's only afternoon paper merged with the morning paper, becoming the Montgomery Advertiser, incorporating the Alabama Journal.

The next major event happened in December 1995, when Gannett Corporation merged with Multimedia which included the Montgomery Advertiser. In December 1996, Thomas A Bookstaver was named to his current position as Publisher and President of the Montgomery Advertiser.

In the fall/winter of 1998, the Montgomery Advertiser earned the prestigious International Newspaper Color Quality Club Award. The International Newspaper Color Quality Club is an honor awarded to newspapers who have demonstrated a commitment to quality reproduction. The award is based on the evaluation of precision and balance of color, quality of photographs and images printed on the press as well as the lack of production errors. Evaluations were based on a specific color control target reproduced under our specific conditions and evaluated by the Newspaper Association of America in conjunction with its European counterpart, IFRA. Out of the 157 dailies from 27 countries who participated, only 37 successfully made acceptance to the club. *The Montgomery Advertiser* was one of only two Gannett sites (*Rochester Democrat & Chronicle*) accepted. We share this honor with *The Los Angeles Times, The Chicago Tribune* and *The New York Times.*

## GANNETT OVERVIEW

Gannett Co., Inc. is a large diversified news and information Company in the USA. Headquartered in Arlington, VA., Gannett has operations in 44 states, the District of Columbia, Guam, the Virgin Islands, Great Britain, Germany and Hong Kong.

Gannett traces its origins to 1906, when Frank Gannett and his associates bought a half interest in the Elmira Gazette in Elmira, N.Y. From this small venture, Gannett and his associates expanded slowly, purchasing another newspaper there and merging them to form the Star-Gazette. In 1912, Gannett bought the Ithaca Journal, in nearby Ithaca, N.Y.

In 1918 Frank Gannett and his associates moved to Rochester, N.Y. They purchased two newspapers, merged them into the Rochester Times-Union and consolidated their holdings under the name the Empire State Group. In 1923, Frank Gannett purchased the holdings of his associates, forming Gannett Co., Inc. At that time, the Company consisted of six newspapers located in four upstate New York cities, including Utica.

To help him manage his new Company, Gannett appointed Frank Tripp general supervisor. Tripp was to become Gannett's closest associate.

During the next 25 years, the Gannett Company expanded throughout the northeastern United States. In 1947, when Paul Miller left his job as Washington bureau chief and assistant general manager of The Associated Press to join Gannett as executive assistant to Frank Gannett, the Company operated 21 newspapers and seven radio stations.

Early in its history, Gannett became a major innovator of technology in the newspaper industry.

In 1929 Frank Gannett was co-inventor of the teletype setter. Later Gannett newsrooms were equipped with shortwave radio sets to speed reporting of distant events. Printing presses were adapted for color at the Gannett Rochester newspapers as early as 1938. And in 1945, Gannett newspapers became the first newspaper group to be united by the Telephoto Network. Gannett radio stations were early pioneers in broadcasting the latest news, and the Gannett corporate airplane aided in the timely gathering of news from across the region.

This spirit of technological innovation continued throughout the years as Gannett became a leader in the invention and utilization of technology, enabling its newspapers to produce quality news products more efficiently.

Shortly before the death of Frank Gannett in 1957, Paul Miller was elected president and chief executive officer of Gannett. It was during the Miller years -- the '60s -- that Gannett moved from being a regional newspaper group to developing a national base.

As the Company increased in size, so did its commitment to quality. Gannett News Service, founded in 1942, as the Gannett National Service, continues to provide Gannett newspapers with national enterprise and stories with a local angle from its headquarters in Washington and bureaus across the nation.

Gannett founded its first newspaper on Florida's space coast in 1966. Under the direction of Allen H. Neuharth, president of Gannett Florida, the new paper became profitable in 33 months. TODAY became the first newspaper to win the National Newspaper Association general excellence award for two consecutive years. (It has since been innovatively redesigned as FLORIDA TODAY, emphasizing state and local coverage.)

Yet another measurement of Gannett's commitment to quality was begun in 1977: The Best of Gannett, a yearly awards competition in reporting and public service. The Best of Gannett has become the means by which Gannett group members measure the quality of their performance against that of other group members and against their performance of previous years.

With 33 dailies and 12 weeklies, six radio stations and two television stations, Gannett closed out the '60s -- a decade during which the Company's pattern of growth, technological innovation and journalistic quality continued. The Company went public in 1967 and its signature -- GCI -- appeared on the New York Stock Exchange in 1969.

In 1970 Paul Miller became Gannett's chairman, continuing as chief executive officer. Allen H. Neuharth, who had been executive vice president since 1966, became president and chief operations officer.

Under the leadership of Neuharth, who became CEO in 1973 and chairman in 1979, Gannett underwent a steady period of growth and diversification.

In 1971 Gannett merged with Federated Publications; in 1977 it merged with the Speidel Newspaper Group. In 1979 Gannett merged with Combined Communications in what was then the largest merger in the communications industry.

With the opportunity for growth came the opportunity for diversification. In 1979 Gannett's world of different voices included 83 daily newspapers in 33 states and Guam, a national news service, nine television and 11 radio stations, outdoor advertising plants in the United States and Canada, 21 weekly newspapers and the research firm of Louis Harris & Associates.

As a world of different voices, Gannett became the opportunity Company for minorities and women. In 1979, Gannett instituted "Partners In Progress," a program to ensure development of minorities and women in decision-making roles within the Company.

In 1986 Neuharth relinquished his role as CEO to John J. Curley, who had been president and chief operating officer since 1984. Curley succeeded Neuharth as chairman on April 1, 1989. Like Neuharth, Curley came up through the news side of Gannett, serving as editor and publisher of several Gannett newspapers and the first editor of USA TODAY. Under his direction, Gannett News Service won the coveted Pulitzer Prize for meritorious public service, the first ever awarded to a wire service.

As a world of different voices, serving different communities, Gannett pledges to be a voice that reflects that of the communities it serves. Frank Gannett long ago established a policy for local editorial autonomy. It was his belief that a newspaper will best serve its city if its publisher, editor and all its employees are people who understand the city and its people.

Just as diversification led to increased opportunities in the '70s, Gannett continued to grow, diversify and provide opportunity in the '80s. The major undertaking in the history of the Company was the bold creation of a new national newspaper at a time when some skeptics were beginning to write the obituary of the daily newspaper.

In a cottage in Cocoa Beach, Florida, USA TODAY was conceived under the code name "Project NN." After two years of research on what readers wanted, what advertisers needed and what technology permitted, on September 15, 1982, USA TODAY reached up from its headquarters overlooking the nation's capital and grabbed an orbiting satellite to present information-hungry readers news about the USA in an entirely different way. The newspaper quickly established itself, selling more than 1.3 million copies a day all across the nation by the end of 1983.

August 99

In December 1995, under the leadership of Curley, Gannett merged with Multimedia, Inc., a diversified media Company based in Greenville, S.C. This acquisition marked Gannett's entry into cable, with cable television systems reaching 454,000 subscribers in five states.

OPERATIONS WORLDWIDE: Gannett is a nationwide Company with headquarters in Arlington, Va., and operations in 45 states, the District of Columbia, Guam, Great Britain, Germany and Hong Kong.

NEWSPAPERS: Gannett is the USA's largest newspaper group in terms of circulation. The Company's 74 daily newspapers have a combined daily paid circulation of more than 6.7 million. They include USA TODAY, the nation's largest-selling daily newspaper, with a circulation of approximately 2.2 million. USA TODAY is available in 60 countries worldwide.

In addition, Gannett owns a variety of non-daily publications, including USA WEEKEND, a weekly magazine of 21.7 million circulation delivered in 542 Gannett and non-Gannett newspapers.

BROADCASTING: The Company owns and operates 21 television stations covering 17.3 percent of the USA and cable television systems in major U.S. markets.

OTHER VENTURES: Other Company operations include Gannett News Service; Gannett TeleMarketing, Inc.; Gannett New Business and Product Development; Gannett Direct Marketing Services; Gannett Offset, a commercial printing operation; Gannett Media Technologies International; Gannett Retail Advertising Group; USATODAY.com.

HISTORY AND FINANCIAL INFORMATION: Founded by Frank E. Gannett and associates in 1906, Gannett was incorporated in 1923 and listed on the New York Stock Exchange in 1969. The Company has approximately 39,400 employees. Its nearly 280 million shares of common stock are held by more than 14,000 shareholders living in all 50 states and several foreign countries.

Gannett recorded $5.1 billion in operating revenue in 1998.


## GANNETT FOUNDATION


The Gannett Foundation is a corporate charitable contributions program designed to serve those communities in which Gannett has operations. The program makes contributions to qualified nonprofit organizations to improve the education, health and advancement of the people who live in Gannett communities.

The Foundation values projects that take a creative approach to fundamental issues such as education and neighborhood improvement, economic development, youth development, community problem-solving, assistance to people who are disadvantaged, environmental conservation and cultural enrichment.

The Gannett Foundation/Madelyn P. Jennings Scholarships are awarded annually to children of full-time Gannett employees. Scholarships are awarded through a competition conducted by the National Merit Scholarship Corporation (NMSC). Candidates are evaluated on the basis of their high school academic performance, test scores, contributions to their schools and communities, and their school's recommendations. Each scholarship is a one-time award of $2,000.

Complete guidelines are available in the Human Resources office.

**GANNETTMATCH**

The GannettMatch program makes your money go twice as far when you contribute to your favorite charities.

GannettMatch will match, dollar for dollar, any employee contribution from $50 to a maximum of $10,000 per year to qualifying non-profit organizations. Matching gifts are processed throughout the year.

For information about qualifying organizations, refer to GannettMatch guidelines available in the Human Resources office.

## COMPANY COMMUNICATIONS

Our internal publications give you the opportunity to learn more about the Advertiser and Gannett.

- The Advertiser publishes an in-house newsletter called MAjor Doings. It is distributed bi-weekly in conjunction with employee's paychecks. It contains items of local interest such as benefits information, employee recognition, and happenings inside the Company.

- The Gannett Annual Report is published each spring. This award-winning publication contains a wealth of general information about the Company. You'll find detailed financial information and information about Gannett's Board of Directors, properties and staff. Copies are distributed to all Gannett shareholders. If you are not a shareholder, a copy may be obtained from the Human Resources department or Corporate Publications.

- The Executive News Summary is a daily newsletter including the latest news inside Gannett and significant events affecting the industry. It is available to staffers via shared mail.

- The Gannetteer, a magazine for and about Gannett people, explores new developments in Gannett and staffers' professional activities, concerns, and achievements. It includes staff promotions and awards. Ideas for articles you think would be of interest Company-wide should be submitted to the editor. You will receive the Gannetteer periodically through inter-office mail.

## DEPARTMENTS

**ACCOUNTING**

The Accounting department, under the supervision of the Controller, is responsible for administering an adequate plan for the control of operations. This plan consists of budgeting, capital expenditure planning, sales forecasts, and expense budgeting, together with the necessary procedures to meet our goals.

The department is also responsible for recording actual sales and expense items, as well as maintaining the credit policies of the Company. Operating figures are compared with the plan and published for the people who need them.

Additional responsibilities include payroll, asset accountability, and capital and product inventories.

**ADVERTISING**

Advertising is charged with the sale of advertising space. The department is divided into the following functional sections: retail, national, classified, advertising services and creative services.

Retail...is composed of advertising sales and support people whose job is not only to sell advertising space, but to counsel their respective clients to help them make the most effective use of their advertising space. These sales representatives handle ad layouts and prepare copy for clients who don't have their own advertising departments.

National...handles advertising of manufacturers, wholesalers and distributors who do business nationally. Most national advertising is received from advertising agencies which prepare layout and copy, usually in camera-ready form, or from Gannett National Newspaper Sales (GNNS), headquartered in New York City. GNNS meets the need for emphasis on advertising sales at the national level.

Classified...in addition to want ads, handles primarily automotive, real estate and recruitment advertising. Ads are procured by telephone sales as well as direct contact.

Creative services...fulfills the three functions of copy, layout and art. Many display ads are created in this department, which prepares photographs, drawings, copy and layouts for sales people, as well as speculative layouts and advertising campaigns for sales presentations.

Ad services...expedites the flow of ad copy after the sales representatives have sold the ad, written the copy and completed the layout. Ad services types advertising copy, and handles ads designated for proofing by the advertiser or ad agency. In addition, the department delivers tearsheets to those advertisers who request them. This department is also responsible for making advertising 'dummy' pages for upcoming editions.

**CIRCULATION**

Direct marketing and distribution of the newspapers are the primary responsibilities of the circulation department. Five basic sections comprise the department:

Customer service...handles subscriber information and provides daily updates to carriers and motor route drivers.

Home delivery...is responsible for delivery to daily and Sunday subscribers. Our carriers and motor route drivers are supervised by District Service Managers whose function is to direct sales, service and collections within their districts.

Single Copy Sales...handles newspaper racks and retail outlets where newspapers are sold. Racks and outlets are serviced by dealers who are responsible for distribution and collections. Bundle haulers who distribute papers to carriers also fall under this category.

Sales and Marketing...coordinates sales and promotions; selects areas of opportunity based on target marketing; analyzes market trends and sales mix to determine the number of new orders necessary to achieve budgeted circulation goals; oversees telemarketing, crewing, sampling, carrier sales and direct mail solicitation; and coordinates promotion of both home delivery and single copy sales.

Newspaper in Education...responsible for building and producing sponsor programs to support the need of newspapers in our school systems. Develops programs that maintain and extend the Newspaper In Education program through all school districts and classrooms in Montgomery, Elmore and Autauga counties.

August 99

## MARKET DEVELOPMENT

Market Development supports the revenue-generating departments of the newspaper by organizing market data and developing sales presentations and materials for the Advertising and Circulation departments.

They plan and coordinate market research projects, evaluate proposals from research contractors, interpret market data from primary and secondary sources, and assist advertising and circulation in using this data to increase sales and target new customers.

Market Development is also responsible for developing media campaigns for print, radio, TV, outdoor and other vehicles in support of newspaper circulation and advertising sales.

## HUMAN RESOURCES

The responsibilities of Human Resources fall within five major categories:

Compensation and Benefits...administers wage and salary programs and benefits programs including medical coverage, life insurance, vacations, sick leave and the retirement and 401(k) programs.

Employee Relations...responsibilities include the employment function - recruiting, identifying and attracting the best possible candidates for open positions - promotions, transfers, relocation, temporary help, career counseling, administration of the open door policy, and performance appraisal programs.

Training and Development...helps employees set individual career objectives and provides the developmental activities and experiences needed to achieve them. Seminars, workshops, and supervised on-the-job experiences are offered to develop skills and knowledge necessary for career advancement.

Safety...promotes the safety and welfare of all employees, files OSHA reports, prepares Worker's Compensation claims, and reports Worker's Compensation accidents.

Equal Employment Opportunity...includes monitoring and promoting affirmative action programs, filing EEO government reports, and maintaining records necessary to conform with EEO regulations.

## NEWS/EDITORIAL

The responsibility for providing the news and features that make up the content of the paper is assumed by the news/editorial department.

Through the leadership of the managing editor, a full staff of editors, reporters and photographers strive to record the events that affect life in our area. By blending local news with national and international news, adding sports, features and business news, and coordinating the use of comics and other features, the newsroom staff works to inform and entertain our readers.

We receive the Gannett News Service wire and subscribe to the Associated Press to provide complete national and international news reports. Through editorials, decided upon by a newsroom editorial board, we help to lead the community we serve. Through our "letters to the editor" column, we serve as a public forum for opinion, encouraging reader reaction to public issues.

## PRODUCTION

The production department is responsible for setting all advertising and editorial copy into type, reproducing photographs, printing the newspaper, and preparing the finished product for distribution.

The production department consists of the following departments:

Composing...sets the advertising and editorial copy by photo composition.

Camera...is responsible for making negatives and velox prints of advertising and editorial photographs and line art material.

Color...is where negatives, slides or reflective copies of photographs are separated into the four basic printing colors - red, yellow, blue and black.

Pressroom...The Advertiser is printed on a Goss Metroliner Press and this department is responsible for its operation. The press represents the largest single investment in plant machinery.

Distribution Center (Mailroom)...is where newspapers are inserted with special sections, bundled, tied, labeled, and made ready for delivery by the circulation department.

## SYSTEMS

Systems...is responsible for the continual operation and programming of all electronically based equipment used by the Company in its daily operation. This includes computers, telephones, photo-typesetters, VDTs and other related electronic equipment.

August 99

# Your Benefits

## BENEFITS

This section is a summary of our benefits programs.  More detailed information is available in you benefits plan brochures.  Eligibility and benefit determinations are made in accordance with prevailing plar documents.

## COMPENSATION REPORT

Each year we'll provide you with a personalized Total Compensation Report.  This report itemizes your employee benefits and shows you their dollar value.

The figures shown in the report are based on your base earnings rate as of January 1 of that year and reflect projections of Social Security and Gannett Retirement Plan benefits.

We encourage you to study this report and keep it for future reference.

## GANNETT 401(k) SAVINGS PLAN

Eligible employees scheduled to work at least 20 hours per week may contribute from 1% to 15% of pre-tax income by payroll deduction.  No federal income, or Alabama state taxes are withheld.  These taxes are not due until you receive a distribution from the plan.  Social Security taxes are withheld, however.  The government limits the dollar amount of pre-tax contributions you can make annually.

You can choose one or more ways to invest your 401(k) savings, including several equity and bond funds, or Gannett stock.

For every dollar you save, up to 6% of your pay, Gannett will add 50 cents in the form of Gannett stock. For example, if you earned $20,000 a year and contribute 6% to the 401(k), your contribution would be $1,200.  The Company would match 50% of every dollar you saved up to 6% of your earnings in stock.

Although 401(k) plans are intended to provide savings for retirement, the IRS does allow withdrawals for "hardship" reasons (purchase of a primary residence, medical expenses, or college tuition for the employee or dependents).  You can also borrow against your contributions to the plan and pay the loans back, with interest, through payroll deduction.

You can get specific computerized information about your investment accounts via Benefits Express (1-800-715-4015), an automated answering system established specifically for our 401(k) Plan. You can also use the telephone to change the way your savings are invested among the funds and, while you're still employed with the Company, request loan information.

Employee contributions are immediately vested.  That means you have a nonforfeitable right to them.  The portion of the employee's account contributed by Gannett becomes vested based on years of service with the Company.  Employees with three or more years of service are fully vested in Gannett contributions.

The 401(k) Savings Plan is also open to rollovers (savings you have in a similar plan of a former employer or which you previously rolled into an IRA).  Complete details and forms necessary for participation are available from Benefits Express.

August 99

## GANNETT SPENDING ACCOUNT (GSA)

The Gannett Spending Account - GSA - is a way for you to save money by using pre-tax dollars to:

- pay health care expenses not covered by your insurance plan, and

- pay dependent care expenses.

By using pre-tax dollars, you reduce your cost by the amount of tax you save.

All regular full-time employees are eligible to open a Spending Account to take effect on the first of the month following date of hire. The amount you contribute to your spending account is taken from your pay before it is taxed. Then, when you have eligible expenses, you pay the bill and file a claim for that amount to be reimbursed to you from your spending account.

The GSA is administered by United Healthcare. For complete information and enrollment forms, refer to the brochure that describes this plan.

## MEDICAL COVERAGE

Medical coverage helps provide financial protection against the high cost of medical care. Employees are covered on the first of the month following completion of 60 days of employment.

Coverage is available for you, your spouse and unmarried dependent children under 19, or 25 for dependent, full-time students. Employees who do not enroll themselves or dependents in a medical plan within 31 days of becoming eligible must provide evidence of good health to the insurance company before coverage can become effective.

You may choose coverage under Blue Cross/Blue Shield of Alabama. You may choose between PMD, which allows you to chose any health care provider you desire, or Personal Choice, which you are given a list of providers to choose from for your health care needs. Dental, vision and hearing benefits are administered by Aetna. For a complete description of coverage each plan provides, please refer to the appropriate booklet.

Employee contributions required for your health plan will be made on a pre-tax basis.

If group coverage for you or your dependents is due to end because you leave the Company, you may be allowed to continue in the plan for 18 or 36 months. The circumstance under which coverage ends determines the length of continuation. You will be required to pay the full cost for coverage.

August 99

## PRESCRIPTION DRUG PROGRAM

Maintenance medications are drugs taken on a regular or long-term basis for a specific condition such as high blood pressure, ulcers, arthritis, heart and thyroid conditions, emphysema, diabetes, etc. and are available for purchase through participating pharmacies.

## MENTAL HEALTH PROGRAM

Employees enrolled in the Montgomery Advertiser medical plans are eligible to participate in a mental health program provided by Blue Cross/Blue Shield of Alabama.

## LIFE INSURANCE

### BASIC

Company-provided term life insurance becomes effective on the first of the month following 90 days of employment. Coverage is described in detail in your life insurance booklet.

### ADVANCED PAYMENT FOR TERMINALLY-ILL EMPLOYEES

Eligible full-time employees who are terminally-ill (deemed by their health care providers to have nine months or less to live) may receive up to 50% of the Company-provided life insurance benefit to be used for any purpose the employee wishes. The accelerated payment of insurance coverage is not a loan; it simply reduces the amount of life insurance payable to your beneficiary in the event of your death.

### SUPPLEMENTAL COVERAGE

You may increase your term life insurance coverage to provide extra security at low group rates. Employees can choose an additional one, two or three times annual compensation to a maximum of $1 million. Cost for the coverage depends on your age and the amount of insurance you select. The rate schedule and a complete description of the plan are contained in your Summary Plan Description.

### ENROLLMENT

You may enroll for supplemental term life insurance within 31 days of becoming eligible. Should you decide to enroll or increase coverage after 31 days of becoming eligible, you must provide evidence of good health to the insurance company before coverage can take effect.

To enroll or terminate your participation in this plan, or to change your beneficiary designation, contact Human Resources.

## TRAVEL ACCIDENT INSURANCE

While traveling 150 miles or more from home or permanent place of work, you are covered by travel accident insurance. The Company pays the full cost of the program. For regular full-time employees, the maximum benefit from the plan is three times your current annual compensation (including commissions and bonuses, if applicable). For part-time employees, the maximum benefit is $10,000. Normal commuting is not covered.

For a complete description of the plan, refer to your Travel Accident brochure.  The beneficiary you designate for basic group life insurance is also the beneficiary for this plan.

## VOLUNTARY INSURANCE PROGRAMS

Two voluntary insurance plans are available to regular full-time employees and their families.

### ACCIDENT COVERAGE

Through payroll deduction, you can purchase 24-hour accident coverage for you and your eligible family members.  You select an amount of coverage from $10,000 to $500,000 (not to exceed ten times your annual compensation).

### FAMILY LIFE INSURANCE

You can also elect to provide insurance protection for your family members.  There are two options.  The first provides $20,000 in spouse protection and $4,000 per child - the second provides $10,000 in spouse protection and $2,000 per child.  If you do not sign up for family life insurance within 30 days of employment, you will have to provide evidence of insurability before coverage can be provided.

Payroll deductions for these plans are made every pay check.  Complete details are available from Human Resources.

## INCOME PROTECTION PLAN

The Montgomery Advertiser's Income Protection Plan is a three-part program designed to provide you with a continuing income if you are unable to work due to illness or injury.  The program's three components are:

- Sick Pay,
- Short-term Disability, and
- Long-term Disability.

The Advertiser pays the entire cost of this plan.

If you are a regular full-time employee, you are covered under the Sick Pay component as of your date of hire.  Participation in the Short-term Disability component commences the January 1 following your date of hire.  Coverage under the Long-term Disability Plan is effective the January 1 following six months of employment. While on short-term or long-term disability, no time off benefits such as vacation, or holiday time can be accrued.

Payments under the Income Protection Plan will be reduced by any payments made to you by Workers' Compensation, Social Security, state disability or any other source.

August 99

At its discretion, the Company may require proof of illness, either in written form from your personal physician or through an examination by a company-selected physician, before payments under this plan are authorized.

## SICK PAY

Full-time regular employees are eligible to receive sick pay when absent from work due to illness or injury. If you are going to be absent because of illness, telephone your supervisor as far in advance of your starting time as possible to explain why you are going to be absent and when you expect to return to work.

During your first year of employment (from date of hire to your first January 1) you will earn one sick day for every twenty days worked, up to seven days. Then on January 1, you will be granted seven sick days for that calendar year. Incidental sick leave -- up to seven days each year -- can also be used for the care of dependents who are ill or injured. If you must be absent from work for 3 consecutive days, or longer, a letter from your doctor must be sent to your supervisor informing him/her of the reason for your absence.

Unused sick leave does not carry over from one year to the next. If you leave the Company, you will not be paid for any unused sick leave.

You will be paid 100% of your base salary for up to 7 sick days each calendar year. This is intended for occasional illnesses. Absences exceeding 5 consecutive working days are covered under the Short-term Disability program.

## SHORT-TERM DISABILITY

After the 5th consecutive day of absence because of personal injury or illness, eligible employees are paid short-term disability at 100% or 60% based on length of service. A statement from your doctor is required before payments can begin.

### Short-term Disability Payment Table**

| Service: | First: Weeks at 100% of Salary | Then: Weeks at 60% of Salary |
|---|---|---|
| Hire to 1st January | None | None |
| 1-2    calendar years | None | 25 weeks |
| 3-5    calendar years | 5 weeks | 20 weeks |
| 6-8    calendar years | 10 weeks | 15 weeks |
| 9-11   calendar years | 15 weeks | 10 weeks |
| 12-14 calendar years | 20 weeks | 5 weeks |
| 15     calendar years | 25 weeks | 0 weeks |

** Benefits are determined using base pay and sales commissions, if applicable.

If you go on another STD during the 12-month period, regardless of the reason, STD benefits pick up where they left off after the fifth continuous day of absence. When you have completed 26 weeks of short-term disability, vacation accrued but not used prior to the disability will be paid directly to you.

Short-term disability will not be extended by any additional days if a holiday observed during your disability. Holidays are paid at the same rate as the disability percentage.

**LONG-TERM DISABILITY**

In the event of a prolonged disability, the Company safeguards your financial security through the Gannett Long-term Disability Plan.

You are covered under this plan on the January 1 following six months of employment.

If your illness or injury qualifies as a disability, the Long-term Disability Plan will pay 60% of your total compensation. Payments under the Long-term Disability Plan commence 26 weeks after the onset of your illness or injury. An independent claims agent selected by Gannett makes the determination of what constitutes a disability under this plan.

Payments under this plan will be reduced by any payments made to you by Workers' Compensation, Social Security, state disability or any other source.

A complete description of the Long-term Disability Plan is contained in a separate booklet.

## WORKERS' COMPENSATION

You may be entitled to workers' compensation if you are injured on the job. Workers' Compensation provides coverage for loss of income and medical expenses. State law governs the scope of coverage; the cost is fully paid by the Advertiser.

**YOU MUST NOTIFY YOUR SUPERVISOR IMMEDIATELY IF YOU ARE INJURED ON THE JOB, NO MATTER HOW SLIGHT THE INJURY.**

## UNEMPLOYMENT INSURANCE

As an employee of the Company, you are covered by unemployment insurance. The Company contributes to both state and federal funds to provide this important coverage for eligible employees.

## SOCIAL SECURITY/MEDICARE

Employees participate in the federal Social Security/Medicare program. The Company pays part of the cost of this program, and you pay part through payroll deductions. Social Security provides retirement, disability, death benefits and Medicare health insurance for you and your dependents.

## RETIREMENT/PENSION

Regular employees who work 1,000 hours or more each year become retirement plan participants on the first of the month coinciding with or next following their date of hire. The Company bears the full cost of this benefit.

Gannett's retirement plan provides for a monthly retirement income or lump-sum payout upon retirement or termination. Your retirement benefit will be determined as a percentage of your final average pay, based on your years of service with the Company.

Normal retirement is the first of the month coinciding with, or next following your 65th birthday. Retirees under 65, with 15+ years of service, are eligible to purchase medical insurance at the Company cost until age 65. The retirees' spouse can continue to receive medical coverage at Company cost until they reach 65. Vision, hearing, and dental insurance ends on the last day of the retirement month.

After five years of eligible service, you have a vested right to benefits from the retirement plan. For most employees, this means that if they leave the Company after five or more years of eligible service they may receive an immediate lump-sum benefit.

For complete information, refer to the booklet describing this plan.


## STOCK PURCHASE PLAN


If you are 18 or older, you can invest in your Company's future through the stock purchase plan. You elect an amount to be deducted from your pay each month and used for the purchase of Gannett common stock. The purchase is made at market price on the New York Stock Exchange. Merrill Lynch administers this program for our employees and provides quarterly statements to each participant.

As an added benefit, Gannett pays the commissions and service fees on your purchases - all of your money goes toward purchasing the stock itself. Contact Human Resources for enrollment forms and additional information.


## EMPLOYEE MORTGAGE PROGRAM


Gannett employees can obtain mortgage financing quickly and conveniently by using the Employee Mortgage Program.

Program highlights include:

- ✓ free pre-qualification estimates,
- ✓ competitive rates,
- ✓ a reduced origination fee,
- ✓ a refund of the home appraisal cost,
- ✓ flexible financing options,
- ✓ no mortgage insurance,
- ✓ expanded lending guidelines,
- ✓ choice of mortgage products,
- ✓ automatic payment deduction, and
- ✓ toll-free application convenience.

For more information, call 1-800-382-3385, Monday through Friday, 8:00 a.m. to midnight (EST). Experienced mortgage counselors are available to help you determine the best mortgage for your needs.

*NOTE: Gannett offers this program solely as a convenience to its employees. The Company does not endorse the program, nor have any involvement in the loan decision-making process.*

## ADOPTION ASSISTANCE PLAN

We will assist in paying the expenses you incur in adopting a child. The Adoption Assistance Plan will reimburse 100% of all eligible expenses, including agency, legal and court fees, and temporary foster care charges, up to a maximum of $2,500. This plan is provided at no cost to you.

Reimbursement is made through the payroll system following submission of documented expenses and approval by Human Resources. The amount reimbursed is reported on your W-2 as additional income and is subject to applicable taxes. Contact Human Resources for a copy of the Plan brochure.

## VACATION POLICY

The Montgomery Advertiser believes the wellness and performance of its staff are improved by annual vacations. Our vacation plan provides increasing time off in relation to years of service. It is strongly recommended that staffers take at least one continuous week of vacation each year. Vacation is intended as a time of rest and renewal. Vacation may not be taken in less than 4 hour blocks.

The vacation year is the calendar year. All requests for vacation must be submitted to your supervisor for advance approval. While we would like to honor your preferred vacation dates, operating requirements and coordination of vacation schedules within your department also must be considered.

Staffers who have completed 60 days of employment may, with their supervisor's approval, take vacation in advance of earning it. If you leave the Company, you will be expected to repay us for any vacation taken but not earned. Vacation time cannot be carried from one year to the next.

Vacation is earned during the first 10 months of the calendar year. You begin earning vacation time January 1 of the calendar year and ends October 15th of the calendar year. If you are hired **between** the 1st and 15th of any of the first 10 calendar months, you earn vacation time for that month. If you are hired **after** the 15th, you will not earn vacation time for that month. You will begin earning vacation time starting the first day of the following month. If you are hired after October 15th , you are ineligible for vacation time during that year.

Staffers who status change from part-time to full-time employment, or who are rehired, vacation time is based on the latest full-time hire date.

August 99

The number of years you have been employed by the Company as a regular, full-time employee will determine the number vacation days you can earn each month.

| Years Employed | Days (hours) earned per month | Max. vacation days (hours) per year |
|---|---|---|
| 1 - 8 | 1 day (8) | 10 (80) |
| 9 - 19 | 1.5 days (12) | 15 (120) |
| 20+ | 2 days (16) | 20 (160) |

We do not recommend employees wait until October to begin using their vacation time. Vacation time can be taken in advance of earning it; however, when a staffer leaves the Advertiser, any vacation taken which was not earned will be deducted from the final paycheck or must be repaid.

When an employee who has earned vacation resigns voluntarily without giving the preferred two weeks notice, one day for each day not given will be deducted from the earned vacation pay. Otherwise, the amount of vacation earned since January 1 that is not taken will be paid in the final paycheck.

## HOLIDAYS

The Advertiser observes 8 regular holidays each year and pays its full-time employees while they enjoy these holidays.

The following holidays are observed:

New Year's Day

Memorial Day

Independence Day

Labor Day

Thanksgiving

Christmas

Employee Birthday*

Employee Option Day*

* *You must be employed as a full- time regular employee for at least 90 days to receive these two days.*

Schedules require many employees to work on the actual holiday. Your supervisor will approve an option holiday which must be taken within 60 days of the holiday worked. When a holiday falls on a Saturday, it will be observed on the preceding Friday; when on a Sunday, it will be observed on the following Monday. There is no carry over of option days from year to year. In your final paycheck, you will not receive any pay for option day(s) not used should you be terminated or if you leave the Company, prior to using them. *Beginning January 1, 2000 rather than one employee birthday and one employee option day, employees will receive two employee option days.*

45                                    August 99

## EMPLOYEE ASSISTANCE PROGRAM

Sometimes problems such as alcohol or drug abuse, or family, marital, financial, legal, medical or stress-related concerns may require the intervention of a qualified professional.

The Advertiser offers an Employee Assistance Program to help you and your family with situations that might affect your wellness or job performance.

Our independent EAP provider, the Family Guidance Center, has a staff of professional counselors with offices conveniently located at 1284 Perry Hill Road, Montgomery AL.   Confidential assessment, counseling and, in some cases, referral to an outside agency for treatment or specialized help, are among the services provided at no cost to you and your family for the first six visits.

Please contact the Family Guidance Center directly at the numbers listed below for prompt, confidential assistance or information.

(334) 270-4100
(800) 499-6597

Participation in the Employee Assistance Program is voluntary and strictly confidential.  However, if an employee is not willing to seek help voluntarily, and clear evidence indicates that drug or alcohol abuse or other personal problems may be contributing to declining job performance, or abnormal on-the-job behavior, the Company can require that you consent to counseling and treatment as a condition of employment.

## LEAVES OF ABSENCE

The Montgomery Advertiser recognizes that its staffers may occasionally require time off for personal reasons.  Among them are education, community service, urgent personal business, or important family responsibilities.  The Montgomery Advertiser's family and medical leave policy is described separately below.  Personal leaves are granted at the discretion of your department head, and in accordance with the following policies.

Written requests must be submitted in advance to your supervisor, stating the reason for the leave, its duration and the date you will return.  Authorized leaves are generally without pay, except in special cases.  You will be notified in writing whether your leave request has been approved.  You will be responsible for the full cost of medical insurance premiums during your leave of absence.  Failure to return on the specified date will be considered your voluntary resignation.

A leave will not be granted for more than one year, but it may be renewed or extended in some circumstances.  The written grant of your leave request will also state how your medical, life insurance and other benefits will be affected by your leave.

Reinstatement to your job after the leave will depend upon several factors, including length of leave, reason for leave, nature of your job, business conditions and availability of openings appropriate to your skills and background.  If your former position cannot be held open, efforts will be made to provide an appropriate alternative position at comparable salary.  If no appropriate alternative position is available your employment will terminate.  If you are considering applying for a leave of absence, consult your supervisor or Human Resources representative for an explanation of company policy as it relates to your specific needs.

**FAMILY AND MEDICAL LEAVE**

After completion of 90 days of employment, regular full-time employees may receive up to 12 weeks' unpaid leave in a 12-month period to provide care for their newborn child, newly-adopted child or child newly placed for foster care, child, spouse or parent who has a serious health condition, or for the employee's own serious health condition. Family and Medical Leave for care of a newborn child is available in addition to any disability coverage to which you may be entitled. Family and Medical leave for your own serious health condition runs concurrently with short- and long-term disability and with Workers' Compensation absences. Part-time employees scheduled to work 1,250 hours a year or more (an average of 24 hours per week) are eligible for family and medical leave following completion of one year of service.

During Family and Medical Leave, basic life insurance and health insurance continue uninterrupted. You must, however, arrange to continue your contributions to health insurance and supplemental life insurance programs, if applicable, if you wish to continue coverage. Upon return from leave, you are entitled to be reinstated in your prior job or to an equivalent position with equivalent pay, employment benefits and other terms and conditions of employment.

Family and Medical Leave related to care for newborns, adoption, or foster care placements is available to both mothers and fathers. If both parents are employed at the Advertiser, the benefit (up to a maximum of 12 weeks per 12-month period) applies collectively to both parents.

Continuation of job reinstatement assurance ends after 12 weeks. If you cannot return to active work at that time, your employment may be terminated.


## FUNERALS


Any employee who suffers a death in his or her immediate family should notify their supervisor or department head immediately. Should a death occur in your immediate family, you may request time off.

Up to a maximum of three days off with pay may be granted for funeral/bereavement leave for full-time employees, if you are absent during your regular workweek only. Benefit only applies from day of death to day of funeral.

Immediate family members are spouse, child, father, mother, brother, sister, grandparents, and grandchildren.

We recognize that special arrangements may be necessary in some cases; consult your supervisor or Human Resources department.


## JURY DUTY/COURT APPEARANCES


If you are contacted to serve on a jury, notify your supervisor immediately. If you are required to serve on a jury, you will be paid your regular salary, less any pay received from the court. Be sure to turn in your court issued check into the Montgomery Advertiser as soon as possible. Supervisors should not request that employees be excused from jury duty except in extraordinary circumstances.

This policy also applies to time required to appear in court as a witness by subpoena. It does not include appearances in court as a plaintiff or as a defendant.

You are expected to report for work during your normal working hours when jury duty hours and rules of the court permit.

## MILITARY LEAVE

The Company supports employees who serve in the military, either on a full-time or reservist basis, and will grant leaves of absence and provide returning service men and women with all rights and benefits required under the law. Should you be called to active duty, talk with your supervisor and contact Human Resources for complete information regarding military leave policy guidelines.

### RESERVISTS TRAINING

Each calendar year regular full-time employees with one year or more of service who do not elect to use vacation time for military leave may receive up to ten days of supplemental pay (the difference between your regular pay and your military pay). Regular full-time employees with six months' service may receive up to five days of supplemental pay. Employees may also use vacation time if they wish.

### RESERVISTS CALLED TO ACTIVE DUTY

Advertiser reservists called to active duty are covered by the policies and practices stated below:

Supplemental Pay--The difference between the employee's regular pay and military pay will be paid up to a maximum of 90 days for full-time employees called to active duty. Employees who participate in commission sales programs will receive their supplemental pay (base salary) plus the average monthly commission from the prior 12-month period for up to 90 days, excluding any special or year-end awards. Insurance and benefit programs remain in effect during supplemental pay period as described below. However, any military benefits paid would reduce the amount of company benefits. To receive supplemental pay under this policy, notify your supervisor as far in advance as possible and give the Payroll Department your military pay vouchers when you return to work.

Medical Coverage and Life Insurance remain in effect during the supplemental pay period, provided the employee continues to pay any required employee contributions for the coverage. Supplemental Life Insurance can be continued, provided the employee pays the additional cost on a monthly basis. When the 90-day coverage or contributions have ceased, the Company may offer continuation of coverage under Company health plans for up to 18 months for employees and their dependents covered under Company health plans.

Pension Service Credit continues uninterrupted during military leave, as does service credit for sick leave and vacation eligibility, provided the employee reports back to work within the period required by law and is returned to employment. However, vacation and sick leave time are not accumulated or paid during the time the employee is on military leave.

Vacation Pay--Any vacation earned but not taken prior to the start of the employee's military leave can be paid to the employee as he/she elects in a lump sum, held until the employee returns, or applied toward employee contributions for other benefits.

Stock and Savings Bonds Purchase Programs--Employees on military leave can continue to participate in these plans, provided they continue to make the necessary contributions on a monthly basis.

<u>401(k) Savings Plan</u>--While on military leave, employees are not able to make contributions to 401(k) Savings, since contributions are based on pre-tax earned wages. However, when employees return to work from military leave, they may contribute a sum equal to that which they would have contributed during the leave period, based on salary and rate of contribution to the plan prior to taking military leave. These contributions are matched by the Company to the extent they would have been matched had the employee been continually employed. For more details on 401(k) Savings, contact your Human Resources representative.

<u>Gannett Spending Account</u>--Since contributions are based on pre-tax earned wages, employees on military leave are not able to make contributions to the Gannett Spending Account.

<u>Long-Term Disability, Travel Accident Coverage, Accident Coverage, Accidental Death and Disability</u>--No Gannett coverage is available for individuals on active military status.

<u>Reinstatement</u>--Upon release from active duty, reservists are reinstated to the positions they left (or positions of like status, pay and seniority), provided they apply for reinstatement within the period required by law, and are still qualified to perform the job.


## VOTING TIME


United States citizens have the right and the responsibility to vote. If you are a registered voter, your supervisor will work with you to ensure that you have time to cast your ballot, taking into consideration your work hours and the hours the polls are open.

You will not be compensated for any lost work time for voting.


## TUITION ASSISTANCE


To support professional development, the Advertiser will share the cost of approved courses for regular, full-time employees. Cost of tuition for approved courses directly related to your present job or to a job within the Advertiser to which you may reasonably aspire will be reimbursed at 100% (up to the maximum limit per academic year noted below). Courses which are not job-related but are required for a job-related degree are reimbursed at 50%. You must have been employed by the Advertiser a minimum of six months to be eligible.

Maximum reimbursement is $1500 per academic year. Temporary, part-time and inactive employees are not eligible for assistance under this policy. Any employee who may be on a performance improvement plan at time of enrollment is not eligible for assistance until after they have successfully improved their performance. If an employee starts a performance improvement plan after assistance has been approved, benefits will not be paid due to poor work performance.

The primary intent of this program is to encourage self-development through undergraduate or graduate courses, however exceptions may be made for non-credit courses which, in the judgment of your supervisor and Human Resource representative will benefit both you and the Advertiser. No reimbursement will be made for courses of an avocational or recreational nature. Courses cannot be taken on Company time. Should your employment terminate prior to completion of the class enrolled in at the time of termination, you will not receive reimbursement.

Contact Human Resources for more information or an application to apply for assistance.

## ADVERTISING DISCOUNTS/NEWSPAPERS

As an employee of the Montgomery Advertiser, you are entitled to place classified ads in the Montgomery Advertiser and its affiliate newspapers. With a maximum of 10 lines for 7 days the ads are at NO CHARGE. A 5-per-month limit on number of different ads applies.

For ads that are larger than 10 lines; are scheduled for more than 7days; and/or are of a commercial nature, employees will be charged half of the price the ad would ordinarily cost; or if the public is offered a special deal which is better than the employees, the employee will receive the better of the two offers. These ads, however, must either be prepaid or paid by credit card.

This benefit begins on the date of employment and continues until termination.

## NEWSPAPER SUBSCRIPTION DISCOUNTS

Employee subscriptions to the Montgomery Advertiser are available at half price to all regular employees upon date of employment. This only applies to full week subscriptions. Weekday/Weekend only subscriptions will not receive a discount.

If a new employee has already paid for delivery service prior to employment, he/she will not be eligible for a full or partial refund.

Only employees who live in an existing delivery route within our area of service may be eligible to participate.

This benefit continues until termination or upon normal retirement. Please see Human Resources for the appropriate forms for starting your subscription.

## BENEFITS FOR PART-TIME EMPLOYEES

The benefits described in this handbook generally are available only to regular full-time employees. Benefits available to regular part-time staff members are listed below. Eligibility for benefits is determined by hours worked.

- Participation in the Gannett Retirement Plan for each year you work at least 1,000 hours.

- Eligibility to participate in the Gannett 401(k) Savings Plan for each year you work at least 1060 hours.

- Travel Accident Insurance if you work at least 20 hours per week, with a maximum benefit of $10,000.

- Participate in the Company Stock Purchase Plan.

August 99

- Eligibility for unpaid Family and Medical Leave for each year you work at least 1250 hours.

Employees who transfer from regular part-time status to regular full-time status should contact Human Resources to discuss benefits eligibility.