# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JUDY F. MANN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:06-CV-888-MHT |
| | ) |
| **GANNETT CO., INC.** a Delaware | ) |
| Corporation, d/b/a THE | ) **OPPOSED** |
| **ADVERTISER COMPANY,** and | ) |
| **THE MONTGOMERY** | ) |
| **ADVERTISER,** | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO EXTEND DEADLINES

Defendants Gannett Co., Inc. and The Advertiser Company, improperly named in the Complaint as Gannett Co., Inc. d/b/a The Advertiser Company and The Montgomery Advertiser, move the Court for an extension of the discovery and subsequent deadlines. Specifically, the defendants request that the Court (a) extend the discovery deadline for ninety (90) days after the date on which the Court rules on pending motions to dismiss, and (b) adjust all subsequent deadlines accordingly. Counsel for the plaintiff opposes the requested extension.

As grounds for this motion, the defendants state as follows:

(1) On October 3, 2006, the plaintiff filed a Complaint against "Montgomery Advertiser." The defendant improperly identified as "Montgomery

Advertiser" timely filed a Motion to Dismiss. Thereafter, the Court ordered the plaintiff to amend her Complaint. An Amended Complaint was filed on January 4, 2007, naming as defendants those listed in the current caption. On January 16, 2007, The Advertiser Company timely filed a motion to dismiss on the grounds that the Amended Complaint (a) failed to state a claim; and (b) failed for lack of jurisdiction. Thereafter, defendant Gannett was served with the Amended Complaint and, on February 5, 2007, timely filed a motion to dismiss on the same grounds. Both motions to dismiss were fully briefed and remain pending before the Court.

(2)   The current discovery deadline is June 27, 2007. On May 16, 2007, the plaintiff, through counsel, requested deposition dates for six (6) witnesses. No other discovery has been conducted.

(3)   Taking depositions or conducting other discovery at this time not only requires potentially unnecessary expenditures of time and resources, but also places the cart before the horse. The pending motions to dismiss address threshold jurisdictional issues, the resolution of which is critical prior to discovery.

WHEREFORE, the defendants respectfully request that this Court extend the current discovery deadline from June 27, 2007 to ninety (90) days after the Court rules on the pending motions to dismiss and adjust all subsequent deadlines accordingly.

                                                  s/Lynlee Wells Palmer
                                                  Lynlee Wells Palmer (ASB-4367-T82P)
                                                  One of the Attorneys for Gannett Co., Inc. and The Advertiser Company

**OF COUNSEL:**

**JOHNSTON BARTON PROCTOR & ROSE LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: 205-458-9400
Facsimile: 205-458-9500

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 22, 2007, I electronically filed the foregoing Motion to Extend Deadlines via the Court's CM/ECF system, which will electronically send notice to the following counsel of record:

Jim L. DeBardelaben
Post Office Box 152
Montgomery, Alabama  36101-0152
Telephone: (334) 265-9206
Facsimile: (334) 265-9299
dgoollaw@aol.com

                                                      s/Lynlee Wells Palmer
                                                      Of Counsel